# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

No: 05-4464

Filed: November 19, 2007

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

SHAUNA BARRY-SCOTT,

    Defendant - Appellant

1:04CR494 DCN

## MANDATE

Pursuant to the court's disposition that was filed 10/25/2007 the mandate for this case hereby issues today.

COSTS: None

Filing Fee ........................$
Printing ..........................$

    Total ....................$

FILED 07 NOV 21 PM 1:00 CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF OHIO CLEVELAND