| STATE OF OHIO | ) | | |
|---|---|---|---|
| | ) | SS: | AFFIDAVIT |
| COUNTY OF MAHONING | ) | | |

I, **CORNELL KENNEDY**, being duly sworn, depose and say the following:

1. On or about, April 24, 2003, the residence located at 1644 Elm St., Youngstown, Ohio was the subject of a Mahoning County Drug Task Force raid;

2. In a bedroom located within said premises, a bag containing 124.73 grams of cocaine was located and seized by members of the Mahoning County Drug Task Force;

3. An individual known as Shauna Berry-Scott was subsequently indicted, tried, and convicted in The United States Court, Northern District of Ohio, for possessing with intent to distribute the cocaine described in paragraph two (2) of the herein affidavit;

4. At all times relevant, the cocaine described in paragraph two (2) of the herein affidavit was the property and possession of Cornell Kennedy;

5. The individual known as Shauna Berry-Scott was not aware of the existence of the cocaine described in paragraph two (2) of the herein affidavit;

6. At no time relevant did the individual known as Shauna Berry-Scott posses with intent to distribute the cocaine described in paragraph two (2) of the herein affidavit;

FURTHER AFFIANT SAYETH NAUGHT.

*Cornell Kennedy*
Cornell Kennedy
Affiant

Sworn to and subscribed before me this ___Oct___ day of ___22___, 2006.

*Edith M. Smeltzer*
Notary Public

EDITH M. SMELTZER, Notary Public
State of Ohio
My Commission Expires Sept. 12, 2010