Blue Squirrel * www.bluesquirrel.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 1:04 CR 494 |
| Plaintiff | : | JUDGE NUGENT |
| -vs- | : | MOTION FOR NEW TRIAL |
| SHAUNA BERRY-SCOTT | : | |
| Defendant | : | |

Now comes the Defendant, Shauna Berry-Scott, by and through her undersigned counsel Attorney Robert J. Rohrbaugh, II who pursuant to Rule 33 of the Federal Rules of Criminal Procedure moves this Honorable Court to vacate Defendant's conviction and order a new trial, in the above-captioned matter. Grounds for the herein motion are outlined more completely in the Memorandum of Law attached hereto.

Respectfully Submitted,

s Robert J. Rohrbaugh, II
ROBERT J. ROHRBAUGH II (#0071668)
COUNSEL FOR DEFENDANT
4800 Market Street, Suite A
Boardman, Ohio 44512
Telephone: (330) 781-0250
Atty.rjr@sbcglobal.net

[Handwritten notes:]
4/12/08. Motion Denied. The Court repeatedly told counsel for Def. that he could make arrangement to take statement and/or deposition of Connie Kennedy. Counsel for Defense never took any such statement nor made any effort to obtain such statement. The Court then instructed the AUSA to have the FBI interview Kennedy w/in Brady to determine whether Defendants claims had any merit. The FBI interviewed Kennedy and he Denied any involvement as claimed by Defendant. Therefore trial went forward and Defendant chose NOT to subpoena Kennedy for trial. This is NOT newly discovered evidence under FRCrP.33 and motion is Denied.
[signature]

Click2PDF Trial Version * Sales: 800-403-0925