FROM: 54788060
TO: Lazarus, Jeff
SUBJECT: Lazarus from Barry-Scott 2nd page 9/25
DATE: 09/25/2012 08:17:24 PM



September 25, 2012

Judge Donald C. Nugent
Cleveland Federal Courthouse
801 W. Superior Ave.
Cleveland, Ohio 44113

      Dear Judge Nugent,

      I am contacting you regarding my case. It is Case No. 1:04 CR 494. I have been in contact with Jeff Lazarus at the Cleveland Federal Public Defenders Office. He feels I have some issues which are grounds to file a Habeas Corpus Motion, 2255. He instructed me to contact you to request his office be appointed to represent me in this matter. Judge Nugent I would truly appreciate you granting this request and appointing the Federal Public Defender for my case. Thank you for your kind consideration.

                Respectfully Yours,

                Shauna Barry-Scott.

                *Shauna Barry-Scott*