UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| Plaintiff, | ) | CASE NO.: 1:04 CR 494 |
| | ) | |
| vs. | ) | <u>ORDER</u> |
| | ) | |
| SHAUNA BARRY-SCOTT, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on Defendant, Shauna Barry-Scott's request for a written endorsement supporting her request for clemency.  (ECF #86).  Clemency and sentence commutation are non-judicial functions relegated to the executive branch.  It would be inappropriate for the Court to insert itself into this executive function absent a specific request for input from the Office of the Pardon Attorney. For this reason, Defendant's request is DENIED.  IT IS SO ORDERED.

   /s/ Donald C. Nugent
DONALD C. NUGENT
United States District Judge

DATED: August 14, 2014